UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                               **Case No. 1:17-cr-10101-STA**

**CHARLES JUNE PARTEE, JR.,**

      **Defendant.**

---

**ORDER ON MOTION TO CONTINUE TRIAL DATE AND NOTICE OF SETTING**

---

      This matter came to be heard before the Court upon a Motion to Continue Trial Date and for New Scheduling Order, and without opposition of the Government, the motion is well taken and is hereby granted.

      IT IS THEREFORE ORDERED, that the Trial Date in this matter currently scheduled for September 10, 2018, shall be continued, and a Report Date/Scheduling Conference is set for **Friday, September 7 at 9:30a.m.**

      Entered this 22nd day of August, 2018.

                                                            s/S. Thomas Anderson

                                                            CHIEF U.S. DISTRICT JUDGE